SPENCER P. SCHEER #107750
JOSHUA L. SCHEER #242722
REILLY D. WILKINSON #250086
JONATHAN SEIGEL #168224
TIMOTHY J. SILVERMAN #145264
ERICA LOFTIS PACHECO #259286
SCHEER LAW GROUP, LLP
85 ARGONAUT, SUITE 202
ALISO VIEJO, CA  92656
Telephone: (949) 263-8777
Facsimile: (949) 308-7373
ML.200-118S

Attorneys for Petitioner
Mortgage Lender Services, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| IN RE:<br><br>2408 I STREET AND 2407 J STREET, SACRAMENTO, CA 95816 | Case No.: 2:19-cv-02568-MCE-KJN<br><br>**ORDER TO TRANSFER DEPOSITED SURPLUS PROCEEDS TO THE COURT AND DISCHARGE PETITIONER MORTGAGE LENDER SERVICES, INC.** |

The Court, having reviewed the pleadings on file in this matter as well as the Declaration of counsel for Petitioner, Mortgage Lender Services, Inc. hereby finds that Petitioner has complied with the requirements of 28 U.S.C. §§1335 and 2361, Local Rules 150 and 302(c)(6) together with Federal Rules of Civil Procedure 22 and 67 and for GOOD CAUSE APPEARING, HEREBY ORDERS THAT:

*1)* The deposited funds of $1,403,648.33 currently with the Sacramento Superior Court relating to *In re 2408 I STREET AND 2407 J STREET, SACRAMENTO, CALIFORNIA 95816,* Case Number 34-2019-00269316, shall be transferred to the clerk of the United States District Court for the Eastern District of California in relation to the case of *Mortgage Lender Services, Inc. v. 2408 I Street, Sacramento, CA 95816 et al.*, Case Number 2:19-cv-02568-MCE-KJN.

1

2. Upon deposit of the funds with the Court, the Court shall notice a hearing regarding determination of claims to surplus proceeds.

IT IS FURTHER ORDERED THAT the Petitioner, Mortgage Lender Services, Inc., having fulfilled its statutory obligations in handling the surplus funds is discharged of any further responsibility for disbursing the sale proceeds in accordance with Federal Rules of Civil Procedure 22 and 67, 28 U.S.C. §§1335 and 2361, Local Rules 150 and 302(c)(6), and California Civil Code 2924j (d).

IT IS FUTHER ORDERED THAT the Petitioner, Mortgage Lender Services, Inc., is deemed a nominal party excused from any further participation in this matter.

**IT IS SO ORDERED.**

**Dated: April 21, 2020**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE